A-77,042
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/7/2015 7:36:00 PM
Accepted 12/8/2015 7:50:25 AM
ABEL ACOSTA
CLERK

TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

FIDENCIO VALDEZ )
 )
V. ) A-77,042
 )
THE STATE OF TEXAS )

FILED IN
COURT OF CRIMINAL APPEALS

December 8, 2015

ABEL ACOSTA, CLERK

MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

*30 days granted*

*PC*

*12-14-15*

Fidencio Valdez, Appellant in this cause, moves the Court for an extension of time for filing Appellant's brief, and in support of this motion show:

I.

This is an appeal from the 384th Judicial District Court for the State of Texas.

II.

The Appellant's brief is due today December 7, 2015. Undersigned counsel, who is entering an appearance as co-counsel for Appellant, believes this is the third extension of time for filing the Appellant's brief.

III.

To-date, undersigned counsel has expended innumerable hours reading the reporter's record of the trial and conducting legal research into various issues of the case. The reporter's record of the trial is massive and the issues which needed to be researched complex. Undersigned counsel has also conferred with Joe Vasquez, lead counsel on the case, who has related to undersigned counsel to file this motion for continuance and request

an additional 90 day to prepare Appellant's brief. Undersigned counsel and lead counsel, Joe Vasquez, accordingly request an additional 90 days to prepare and submit Appellant's brief.

IV.

Respectfully submitted,

/s/   James D. Lucas
JAMES D. LUCAS
2316 Montana Avenue
El Paso, TX 79903
(915) 532-8811
(915) 532-8807
State Bar No. 12658300

## CERTIFICATE OF SERVICE

This is to certify that on December 7, 2015 a true and correct copy of the above and foregoing document was served by mail, District Attorney's Office, 500 E. San Antonio, El Paso, Texas 79901.

/s/   James D. Lucas
JAMES D. LUCAS